| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Robert S. Green (State Bar No. 136183) <br><br> GREEN & NOBLIN, P.C. <br> 2200 Larkspur Landing Circle, Suite 101 <br> Larkspur, California 94939 <br> Telephone: (415) 477-6700 <br> Facsimile: (415) 477-6710 | |
| ATTORNEY(S) FOR: Plaintiff and the Proposed Class | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANASTASIYA KISIL | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:22-cv-1164 |
| v. | |
| ILLUMINATE EDUCATION, INC. d/b/a PUPIL PATH | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANASTASIYA KISIL | PLAINTIFF |
| ILLUMINATE EDUCATION, INC. d/b/a PUPIL PATH | DEFENDANT |

June 14, 2022       /s/ Robert S. Green
Date       Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff and the Proposed Class