KIRKLAND & ELLIS LLP
Tammy Tsoumas (State Bar No. 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310 552-5900

Devin S. Anderson (*pro hac vice* forthcoming)
devin.anderson@kirkland.com
Emily Long (*pro hac vice* forthcoming)
emily.long@kirkland.com
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Defendants Illuminate Education, Inc. d/b/a Pupil Path*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, mother and natural guardian of "JOHN DOE," an infant, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINATE EDUCATION, Inc. d/b/a PUPIL PATH,<br><br>Defendant. | CASE NO. 8:22-cv-01164-JVS-ADS<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Class Action Complaint Filed: June 14, 2022 |

Case 8:22-cv-01164-JVS-ADS   Document 17   Filed 07/01/22   Page 2 of 5   Page ID #:94

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties agree and stipulate, subject to the Court's approval, to extend all deadlines related to Defendant's response to Plaintiff's Class Action Complaint, as outlined below.  In support of this stipulated request, the Parties state as follows:

1. Defendant's counsel will need time to respond to the filing of multiple cases against Defendant in multiple courts.

2. In the interest of efficiency and conservation of litigation and judicial resources, the Parties have agreed that Defendant should be granted 60 days from the date the complaint was filed to file its response to the Complaint, that Plaintiff should be granted 60 days from Defendant's response to file an opposition brief, and that Defendant should be granted 30 days after Plaintiff's opposition brief to file a reply.

Therefore, the parties have stipulated and agreed, subject to this Court's approval, that Defendant's time to respond to Plaintiff's Complaint is extended to **August 15, 2022**. Plaintiff's time to file an opposition brief to Defendant's response is extended to **October 14, 2022**, and Defendant's time to file a reply to Plaintiff's opposition is extended to **November 14, 2022**.

Dated: July 1, 2022

/s/ Tammy Tsoumas

**KIRKLAND & ELLIS LLP**
Tammy Tsoumas
(State Bar No. 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Devin S. Anderson (pro hac vice forthcoming)
devin.anderson@kirkland.com
Emily Long (pro hac vice forthcoming)
emily.long@kirkland.com
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

Attorneys for Defendants

/s/ Robert S. Green

**GREEN & NOBLIN, P.C.**
Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
Emrah M. Sumer (State Bar No. 329181)
2200 Larkspur Landing Circle, Suite 101
Larkspur, California 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (admitted pro hac vice)
memert@kgglaw.com
135 Chestnut Ridge Road, Suite 200
Telephone: (845) 356-2570
Facsimile: (845-356-4335

Attorneys for Plaintiff

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 1, 2022

/s/ Tammy Tsoumas
Tammy Tsoumas
(State Bar No. 250487)
KIRKLAND & ELLIS LLP
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
tammy.tsoumas@kirkland.com

*Attorney for Defendant Illuminate Education, Inc. d/b/a Pupil Path*

# CERTIFICATE OF SERVICE

I certify that on July 1, 2022, a copy of the foregoing Stipulated Request for Extension of Time to File a Response to Plaintiff's Amended Class Action Complaint was served electronically through the court's electronic filing system upon all parties appearing on the court's ECF service list.

*/s/ Tammy Tsoumas*
Attorney for Defendant *Illuminate Education, Inc. d/b/a Pupil Path*