KIRKLAND & ELLIS LLP
Tammy Tsoumas (State Bar No. 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Devin S. Anderson (*pro hac vice*)
devin.anderson@kirkland.com
Emily Long (*pro hac vice*)
emily.long@kirkland.com
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Defendants Illuminate Education, Inc. d/b/a Pupil Path*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, mother and natural guardian of "JOHN DOE," an infant, individually and on behalf of others similarly situated<br><br>        Plaintiff,<br><br>        v.<br><br>ILLUMINATE EDUCATION, Inc. d/b/a PUPIL PATH,<br><br>        Defendant. | CASE NO. 8:22-cv-01164-JVS-ADS<br><br>**STIPULATED REQUEST TO CONTINUE RULE 26(F) CONFERENCE** |

Pursuant to Local Rule 7-1 and this Court's Procedures, Plaintiff Anastasiya Kisil ("Plaintiff") and Defendant Illuminate Education, Inc. ("Illuminate") (collectively, the "Parties") hereby jointly stipulate and agree, subject to the approval of the Court, and for good cause, to continue the Rule 26(f) Scheduling Conference (the "Conference").

WHEREAS, on July 6, 2022, the Court set a Rule 26(f) Scheduling Conference (the "Conference") for Monday, September 19, 2022 at 10:30 AM. *See* ECF No. 21;

WHEREAS, lead counsel for Illuminate is scheduled to appear at a hearing in another matter on that date at approximately the same time;

WHEREAS, counsel for Plaintiff stipulates to a short continuance of the Conference to accommodate this conflict;

WHEREAS, the Parties agree that good cause exists to continue the Conference;

THEREFORE, THE PARTIES HEREBY STIPULATE that the Conference be rescheduled to Monday, September 26, 2022 at 10:30 AM, or at another a time convenient for the Court.

Dated: July 13, 2022

/s/ Devin S. Anderson
_____

**KIRKLAND & ELLIS LLP**
Tammy Tsoumas
(State Bar No. 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Devin S. Anderson (*pro hac vice*)
devin.anderson@kirkland.com
Emily Long (*pro hac vice*)
emily.long@kirkland.com
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Defendant*

/s/ Robert S. Green
_____

**GREEN & NOBLIN, P.C.**
Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
Emrah M. Sumer (State Bar No. 329181)
2200 Larkspur Landing Circle, Suite 101
Larkspur, California 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (*pro hac vice*)
memert@kgglaw.com
135 Chestnut Ridge Road, Suite 200
Telephone: (845) 356-2570
Facsimile: (845-356-4335

*Attorneys for Plaintiff*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 13, 2022

*/s/* Devin S. Anderson
Devin S. Anderson (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
devin.anderson@kirkland.com

*Attorney for Defendant Illuminate Education, Inc. d/b/a Pupil Path*