# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, mother and natural guardian of "JOHN DOE," an infant, individually and on behalf of others similarly situated<br><br>           Plaintiff,<br><br>           v.<br><br>ILLUMINATE EDUCATION, Inc. d/b/a PUPIL PATH,<br><br>           Defendant. | Case No. 8:22-cv-01164-JVS-ADS<br><br>**ORDER ON STIPULATED REQUEST TO CONTINUE RULE 26(F) CONFERENCE**<br><br>Judge:    James V. Selna |

1 | Having considered the Parties' Stipulated Request to Continue the Rule 26(f) Scheduling Conference, IT IS HEREBY ORDERED that the Rule 26(f) Scheduling Conference will be held on September 26, 2022 at 10:30 AM.

IT IS SO ORDERED.

Dated: July 13, 2022

_____
United States District Judge
Hon. James V. Selna

1