1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHANTA BOB, | Case No. 2:22-cv-2127-JFW (GJS) |
| Plaintiff | **JUDGMENT** |
| v. | |
| CITY OF LONG BEACH, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: July 21, 2022.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE