**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
Email: *lking@kaplanfox.com*
       *mgeorge@kaplanfox.com*
       *breed@kaplanfox.com*

*Attorneys for Plaintiff Lucas Cranor and [Proposed] Interim Co-Lead Counsel*

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman (admitted *pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ  07645
Telephone: 201-391-7000
Facsimile:  302-307-1086
Email: *memert@kgglaw.com*
       *ggraifman@kgglaw.com*

*Attorneys for Plaintiff Anastasiya Kisil and [Proposed] Interim Co-Lead Counsel*

[*Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, Mother and Natural Guardian of "JOHN DOE," an Infant, Individually and on Behalf of Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　v.<br>ILLUMINATE EDUCATION, INC., d/b/a PUPIL PATH,<br><br>　　　　　　Defendant. | Case No.  8:22-cv-01164-JVS-ADSx<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' JOINT UNOPPOSED MOTION TO CONSOLIDATE CASES**<br><br>Hearing Date:　　October 3, 2022<br>Time: 1:30 pm<br>Judge:　　Hon. James V. Selna<br>Courtroom:  10C |
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff, | Case No.  8:22-cv-01404-JVS-ADSx |

| | |
|---|---|
| v.<br>ILLUMINATE EDUCATION, INC.,<br>Defendant. | |
| SARAH CHUNG, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>ILLUMINATE EDUCATION, INC.,<br>Defendant. | Case No. 8:22-cv-01547-JWH-DFM |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on Monday, October 3, 2022 at 1:30 p.m. in Courtroom 10C of the United States District Court for the Central District of California located at 411 West 4th Street, Santa Ana, CA in the courtroom of Judge James V. Selna, Plaintiff Lucas Cranor ("Plaintiff Cranor") in the matter of *Lucas Cranor v. Illuminate Education, Inc.*, Case No. 8:22-cv-1404-JVS-ADS, Plaintiff Anastasiya Kisil ("Plaintiff Kisil") in the matter of *Anastasiya Kisil v. Illuminate Education, Inc. d/b/a Pupil Path,* Case No. 8:22-cv-1164-JVS-ADS, and Plaintiff Sarah Chung ("Plaintiff Chung") in the matter of *Sarah Chung v. Illuminate Education, Inc*, Case No. 8:22-cv-01547-JWH-DFM (together, "Plaintiffs"), move for an order consolidating their cases before this Court pursuant to Fed. R. Civ. P. 42(a).

The motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, any oral arguments to be made at the hearing on this motion, and all other papers, documents, or exhibits on file in this action.

Pursuant to Local Rule 7-3, Plaintiffs' counsel conferred with Defendant's counsel on August 31, 2022. Defendant does not oppose Plaintiffs' motion to consolidate.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: September 1, 2022        By: /s/ *Laurence D. King*
                                    Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Email: lking@kaplanfox.com
         mgeorge@kaplanfox.com
         breed@kaplanfox.com

- 1 -   Case No. 8:22-cv-01164-JVS-ADSx
PLAINTIFFS' JOINT UNOPPOSED MOTION TO CONSOLIDATE CASES

|   |   |   |
|---|---|---|
| 1 |  | **KAPLAN FOX & KILSHEIMER LLP** |
| 2 |  | Joel B. Strauss (admitted *pro hac vice*)<br>850 Third Avenue, 14th Floor |
| 3 |  | New York, NY 10022<br>Telephone: 212-687-1980 |
| 4 |  | Email: *jstrauss@kaplanfox.com* |
| 5 |  | **KAPLAN FOX & KILSHEIMER LLP**<br>Justin B. Farar (SBN 211556) |
| 6 |  | 12400 Wilshire Boulevard, Suite 460<br>Los Angeles, CA 90025 |
| 7 |  | Telephone: 310-614-7260<br>Email: *jfarar@kaplanfox.com* |
| 8 |  | *Attorneys for Plaintiff Cranor* |
| 9 |  |  |
| 10 |  | **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.** |
| 11 | DATED: September 1, 2022 | By: /s/ *Melissa R. Emert* |
| 12 |  |       Melissa R. Emert |
| 13 |  | Melissa R. Emert (admitted *pro hac vice*)<br>Gary S. Graifman (admitted *pro hac vice*) |
| 14 |  | 135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645 |
| 15 |  | Telephone: 201-391-7000<br>Email: *memert@kgglaw.com* |
| 16 |  |          *ggraifman@kgglaw.com* |
| 17 |  | **GREEN & NOBLIN, P.C.**<br>Robert S. Green (SBN. 136183) |
| 18 |  | James Robert Noblin (SBN 114442)<br>Emrah M. Sumer (SBN. 329181) |
| 19 |  | 2200 Larkspur Landing Circle, Suite 101<br>Larkspur, California 94939 |
| 20 |  | Telephone: 415-477-6700<br>Email: *rsg@classcounsel.com* |
| 21 |  |          *gnecf@classcounsel.com* |
| 22 |  | **HELD AND HINES LLP**<br>Marc J. Held (admitted *pro hac vice*) |
| 23 |  | Philip M. Hines (admitted *pro hac vice*)<br>2044 Ralph Avenue |
| 24 |  | Brooklyn, NJ 11234<br>Telephone: 718-531-9700 |
| 25 |  | Email: *mheld@heldhines.com*<br>         *phines@heldhines.com* |
| 26 |  | *Attorneys for Plaintiff Kisil* |
| 27 |  |  |
| 28 |  |  |

**SHEEHAN AND ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
60 Cuttermill Road, Suite 409
Great Neck, NY 11021
Telephone: 516-268-7080
Email: *spencer@spencersheehan.com*

**SHEEHAN AND ASSOCIATES, P.C.**
Theodore Hillebrand
65-24 78th Street
Middle Village, NY 11379
Telephone: 929-246-0747
Email: *thillebrand@spencersheehan.com*

**LAW OFFICE OF JAMES CHUNG**
James Chung
43-22 216th Street
Bayside, NY 11361
Telephone: 718-461-8808
Email: *jchung_77@msn.com*

*Attorneys for Plaintiff Chung*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of September, 2022, at Orinda, California.

                                          /s/ *Laurence D. King*
                                              Laurence D. King