**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: *lking@kaplanfox.com*
  *mgeorge@kaplanfox.com*
  *breed@kaplanfox.com*

*Attorneys for Plaintiff Lucas Cranor and*
 *[Proposed] Interim Co-Lead Counsel*

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman (admitted *pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ  07645
Telephone: 201-391-7000
Facsimile:  302-307-1086
Email: *memert@kgglaw.com*
  *ggraifman@kgglaw.com*

*Attorneys for Plaintiff Anastasiya Kisil and*
 *[Proposed] Interim Co-Lead Counsel*

[*Additional Counsel Appear on Signature Page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, Mother and Natural Guardian of "JOHN DOE," an Infant, Individually and on Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINATE EDUCATION, INC., d/b/a PUPIL PATH,<br><br>    Defendant. | Case No.  8:22-cv-01164-JVS-ADSx<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' JOINT UNOPPOSED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONSOLIDATE CASES**<br><br>Hearing Date:  October 3, 2022<br>Time: 1:30 pm<br>Judge:  Hon. James V. Selna<br>Courtroom: 10C |
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff, | Case No.  8:22-cv-01404-JVS-ADSx |

| | |
|---|---|
| v. | |
| ILLUMINATE EDUCATION, INC., | |
| Defendant. | |

| | |
|---|---|
| SARAH CHUNG, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:22-cv-01547-JWH-DFM |
| Plaintiff, | |
| v. | |
| ILLUMINATE EDUCATION, INC., | |
| Defendant. | |

## I.   INTRODUCTION

Pursuant to Fed. R. Civ. P. 42(a), Plaintiff Lucas Cranor ("Plaintiff Cranor") in the matter of *Lucas Cranor v. Illuminate Education, Inc.*, Case No. 8:22-cv-1404-JVS-ADS, Plaintiff Anastasiya Kisil ("Plaintiff Kisil") in the matter of *Anastasiya Kisil v. Illuminate Education, Inc. d/b/a Pupil Path,* Case No. 8:22-cv-1164-JVS-ADS, and Plaintiff Sarah Chung ("Plaintiff Chung") in the matter of *Sarah Chung v. Illuminate Education, Inc*, Case No. 8:22-cv-01547-JWH-DFM (together, "Plaintiffs"), move for an order consolidating their cases before this Court.

Each case alleges that Defendant Illuminate Education, Inc. ("Illuminate") failed to protect Plaintiffs' and putative class members' personal information when an unauthorized third party allegedly gained access to databases of school and student information maintained by Illuminate in late December 2021. Proceeding with multiple substantially related cases in this District filed on behalf of overlapping classes would result in a waste of judicial resources and compromise the interests of the proposed classes. For these reasons, and as detailed more fully below, these cases are ripe for consolidation. Therefore, Plaintiffs respectfully request that the Court grant their motion to consolidate the cases.

## II.   PROCEDURAL HISTORY

On June 14, 2022, Plaintiff Kisil filed her action in this District, titled *Anastasiya Kisil v. Illuminate Education, Inc. d/b/a Pupil Path,* Case No. 8:22-cv-01164-JVS-ADS (the "*Kisil* action").  Then, on July 28, 2022, Plaintiff Cranor filed his action in this district, titled *Lucas Cranor v. Illuminate Education, Inc.*, Case No. 8:22-cv-01404-JVS-ADS (the "*Cranor* action"). On August 1, 2022, the *Cranor* action was ordered related to the *Kisil* action. *See Cranor* action, Dkt. No. 13. Finally, on August 23, 2022, Plaintiff Chung's action, *Sarah Chung v. Illuminate Education, Inc*, Case No. 8:22-cv-01547-JWH-DFM (the *"Chung* action") was transferred from the Eastern District of New York to this District. Pursuant to L.R. 83-1.3, Plaintiffs believe that the *Chung* action will soon be related to the *Kisil* and *Cranor* actions.

Concurrently with this filing, Plaintiff Chung filed a Notice of Related Action in the *Chung* Action.

## III. ARGUMENT

Federal Rule of Civil Procedure 42(a) ("Rule 42(a)") provides that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). "The Court 'has broad discretion under this rule to consolidate cases.'" *Stevens v. Quiksilver, Inc.*, No. CV1502810JVSJCGX, 2015 WL 13811587, at *2 (C.D. Cal. June 26, 2015) (Selna, J.) (quoting *Investors Research Co. v. United States Dist. Court*, 877 F.2d 777, 777 (9th Cir. 1989)). "In determining whether or not to consolidate cases, the Court should weigh the interest of judicial convenience against the potential for delay, confusion and prejudice." *Azpeitia v. Tesoro Refining & Marketing Co*. LLC, 2017 WL 4071368, *1 (N.D. Cal. Sept. 14, 2017).

As an initial matter, all actions have been properly filed or are now transferred to the United States District Court, Central District of California. The actions involve nearly identical facts and circumstances, share many of the same causes of action, would require the same legal analysis, and as such, satisfy the requirement of consolidation under Rule 42(a). For example, each action arises from Illuminate's alleged data breach in late December 2021 (the "Data Breach"). *Compare Kisil* Compl. at ¶¶ 3-4; *Cranor* Compl. at ¶¶ 7-8; *Chung* Compl. at ¶¶ 20-21. Each action rises from the same nucleus – the Data Breach – and therefore, each action raises substantially the same questions of fact and law regarding liability and damages. Furthermore, each action asserts substantially the same claims, including Breach of Contract (*Kisil* Compl. at ¶¶ 79-94; *Cranor* Compl. at ¶¶ 112-117; *Chung* Compl. at ¶¶ 58-61), Negligence (*Kisil* Compl. at ¶¶ 58-70; *Cranor* Compl. at ¶¶ 63-75; *Chung* Compl. at ¶¶ 62-73), and various state consumer protection claims (*Kisil* Compl. at ¶¶ 118-212; *Cranor* Compl. at ¶¶ 118-164; *Chung* Compl. at ¶¶ 52-57).

## IV.    CONCLUSION

In the interest of judicial economy and for the reasons set forth above, Plaintiffs respectfully request that the Court consolidate the *Cranor*, *Kisil*, and *Chung* actions before this Court.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: September 1, 2022            By:  /s/ *Laurence D. King*
                                             Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Email: *lking@kaplanfox.com*
            *mgeorge@kaplanfox.com*
            *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Email: *jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA  90025
Telephone:  310-614-7260
Email: *jfarar@kaplanfox.com*

*Attorneys for Plaintiff Cranor*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**

DATED: September 1, 2022

By: /s/ *Melissa R. Emert*
　　　　Melissa R. Emert

Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman (admitted *pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ  07645
Telephone: 201-391-7000
Email: *memert@kgglaw.com*
　　　　*ggraifman@kgglaw.com*

**GREEN & NOBLIN, P.C.**
Robert S. Green (SBN. 136183)
James Robert Noblin (SBN 114442)
Emrah M. Sumer (SBN. 329181)
2200 Larkspur Landing Circle, Suite 101
Larkspur, California 94939
Telephone:  415-477-6700
Email: *rsg@classcounsel.com*
　　　　*gnecf@classcounsel.com*

**HELD AND HINES LLP**
Marc J. Held (admitted *pro hac vice*)
Philip M. Hines (admitted *pro hac vice*)
2044 Ralph Avenue
Brooklyn, NJ  11234
Telephone: 718-531-9700
Email: *mheld@heldhines.com*
　　　　*phines@heldhines.com*

*Attorneys for Plaintiff Kisil*

**SHEEHAN AND ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
60 Cuttermill Road, Suite 409
Great Neck, NY 11021
Telephone: 516-268-7080
Email: *spencer@spencersheehan.com*

**SHEEHAN AND ASSOCIATES, P.C.**
Theodore Hillebrand
65-24 78th Street
Middle Village, NY  11379
Telephone: 929-246-0747
Email: *thillebrand@spencersheehan.com*

1

**LAW OFFICE OF JAMES CHUNG**
James Chung
43-22 216th Street
Bayside, NY  11361
Telephone: 718-461-8808
Email:  *jchung_77@msn.com*

*Attorneys for Plaintiff Chung*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of September, 2022, at Orinda, California.

/s/ *Laurence D. King*
Laurence D. King