# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, Mother and Natural Guardian of "JOHN DOE," an Infant, Individually and on Behalf of Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>ILLUMINATE EDUCATION, INC., d/b/a PUPIL PATH,<br><br>            Defendant. | Case No.  8:22-cv-01164-JVS-ADSx<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION TO CONSOLIDATE CASES**<br><br>Hearing Date:   October 3, 2022<br>Time:           1:30 pm<br>Judge:          Hon. James V. Selna<br>Courtroom:      10C |
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>            Defendant. | Case No.  8:22-cv-01404-JVS-ADSx |
| SARAH CHUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>            Defendant. | Case No. 8:22-cv-01547-JWH-DFM |

1 | Having considered Plaintiffs' Joint Motion to Consolidate Cases, and being fully advised in the matter, the Court hereby **GRANTS** Plaintiffs' Joint Unopposed Motion to Consolidate Cases. The Court finds that pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs have shown that the actions titled *Lucas Cranor v. Illuminate Education, Inc.*, Case No. 8:22-cv-01404-JVS-ADS, *Anastasiya Kisil v. Illuminate Education, Inc. d/b/a Pupil Path,* Case No. 8:22-cv-01164-JVS-ADS, and *Sarah Chung v. Illuminate Education, Inc*, Case No. 8:22-cv-01547-JWH-DFM "involve a common question of law or fact," and therefore should be consolidated.

IT IS SO ORDERED.

DATED: _____

The Honorable James V. Selna
United States District Judge