1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206423)
2  Matthew B. George (SBN 239322)
   Blair E. Reed (SBN 316791)
3  1999 Harrison Street, Suite 1560
   Oakland, CA 94612
4  Telephone:  415-772-4700
   Facsimile:  415-772-4707
5  Email: *lking@kaplanfox.com*
          *mgeorge@kaplanfox.com*
6         *breed@kaplanfox.com*

7  *Attorneys for Plaintiff Lucas Cranor and
   [Proposed] Interim Co-Lead Counsel*
8
   **KANTROWITZ, GOLDHAMER &
9  GRAIFMAN, P.C.**
   Melissa R. Emert (admitted *pro hac vice*)
10 Gary S. Graifman (admitted *pro hac vice*)
   135 Chestnut Ridge Road, Suite 200
11 Montvale, NJ  07645
   Telephone: 201-391-7000
12 Facsimile:  302-307-1086
   Email: *memert@kgglaw.com*
13        *ggraifman@kgglaw.com*

14 *Attorneys for Plaintiff Anastasiya Kisil and
   [Proposed] Interim Co-Lead Counsel*
15
   [*Additional Counsel Appear on Signature Page*]
16

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANASTASIYA KISIL, Mother and Natural Guardian of "JOHN DOE," an Infant, Individually and on Behalf of Others Similarly Situated,<br><br>          Plaintiff,<br>   v.<br><br>ILLUMINATE EDUCATION, INC., d/b/a PUPIL PATH,<br><br>          Defendant. | Case No.  8:22-cv-01164-JVS-ADSx<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE VIA CM/ECF** |
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>   v. | Case No.  8:22-cv-01404-JVS-ADSx |

Case No. 8:22-cv-1404-JVS-ADSx
PLAINTIFFS' JOINT UNOPPOSED MEMO. OF POINTS AND AUTHORITIES ISO MOTION TO CONSOLIDATE CASES

| | |
|---|---|
| ILLUMINATE EDUCATION, INC.,<br><br>     Defendant. | |
| SARAH CHUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>     Defendant. | Case No. 8:22-cv-01547-JWH-DFM |

I, Suzanne Powley declare that I am employed by Kaplan Fox & Kilsheimer LLP, 1999 Harrison Street, Suite 1560, Oakland, CA 94612. I am over the age of 18 and am not a party to this action.

On September 1, 2022, the following documents were filed via CM/ECF:

1. Plaintiffs' Joint Unopposed Motion to Consolidate Cases;
2. Plaintiffs' Joint Unopposed Memorandum of Points and Authorities in Support of Motion to Consolidate Cases;
3. [Proposed] Order Granting Plaintiffs' Joint Unopposed Motion to Consolidate Cases; and this
4. Proof of Service via CM/ECF

These documents were filed in all actions: 1) *Kisil v. Illuminate Education, Inc. d/b/a Pupil Path*, Case No. 8:22-cv-01164-JVS-ADS; *Cranor v. Illuminate Education, Inc.*, Case No. 8:22-cv-01404-JVS-ADS; and *Chung v. Illuminate Education, Inc.*, Case No. 8:22-cv-01547-JVS-ADS, and were served upon the parties who are also registered for CM/ECF service in their respective actions. There are no parties to the action who are not registered with the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service executed this 1st day of September, 2022 at Oakland, California.

` /s/ *Suzanne Powley*
Suzanne Powley