# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, Mother and Natural Guardian of "JOHN DOE," an Infant, Individually and on Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br>ILLUMINATE EDUCATION, INC., d/b/a PUPIL PATH,<br><br>    Defendant. | Case No.  8:22-cv-01164-JVS-ADSx<br><br>Class Action<br><br>**ORDER GRANTING PLAINTIFFS' STIPULATION TO APPOINT INTERIM COUNSEL PURSUANT TO FED. R. CIV. P. 23(G) [45]** |
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br>ILLUMINATE EDUCATION, INC.,<br><br>    Defendant. | Case No.  8:22-cv-1404-JVS-ADSx |
| SARAH CHUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br>ILLUMINATE EDUCATION, INC.,<br><br>    Defendant. | Case No. 8:22-cv-01547-JWH-DFM |

1  Having considered Plaintiffs' Stipulation to Appoint Interim Counsel
2  Pursuant to Fed. R. Civ. P. 23(g), and being fully advised in the matter, the Court
3  hereby **GRANTS** the Stipulated Request.
4  The Court finds that Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and
5  Kantrowitz Goldhamer & Graifman, P.C. ("KGG"), along with Sheehan and
6  Associates, P.C. ("Sheehan and Associates") and Held & Hines LLP ("Held &
7  Hines") meet the requirements set forth by Fed. R. Civ. P. 23(g). Laurence D. King
8  of Kaplan Fox and Melissa R. Emert of KGG are appointed co-lead interim counsel;
9  and Spencer Sheehan of Sheehan and Associates and Phillip M. Hines of Held &
10 Hines are appointed to the executive committee for Plaintiffs pursuant Fed. R. Civ.
11 P. 23(g)(3).
12 IT IS SO ORDERED.

DATED: September 07, 2022_____

The Honorable James V. Selna
United States District Judge