KIRKLAND & ELLIS LLP
Tammy Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Devin S. Anderson (*pro hac vice*)
devin.anderson@kirkland.com
Emily Long (*pro hac vice*)
emily.long@kirkland.com
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Defendants Illuminate
Education, Inc. d/b/a Pupil Path*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, mother and natural guardian of "JOHN DOE," an infant, individually and on behalf of others similarly situated<br><br>                              Plaintiff,<br><br>                    v.<br><br>ILLUMINATE EDUCATION, Inc. d/b/a PUPIL PATH,<br><br>                              Defendant. | CASE NO. 8:22-cv-01164-JVS-ADS<br><br>**JOINT STIPULATED REQUEST TO CONTINUE RULE 26(F) CONFERENCE AND RELATED DEADLINES** |

Pursuant to Local Rule 7-1 and this Court's Procedures, Plaintiff Anastasiya Kisil ("Plaintiff") and Defendant Illuminate Education, Inc. ("Illuminate") (collectively, the "Parties") hereby jointly stipulate and agree, subject to the approval of the Court, and for good cause, to continue the Rule 26(f) Scheduling Conference and related deadlines in anticipation of Plaintiffs' Consolidated Complaint. In support of this request, the Parties state as follows:

1. Plaintiff filed a Complaint against Illuminate on June 4, 2022.

2. On July 13, 2022, the Court ordered that the Rule 26(f) Scheduling Conference would take place on September 26, 2022. *See* ECF No. 33.

3. On August 9, 2022, the Parties notified the Court that Plaintiffs intended to move to consolidate this matter with two other cases filed against Illuminate in federal court—*Cranor v. Illuminate Education, Inc.*, No. 8:22-cv-01404-JVS-ADS (C.D. Cal.) and *Chung v. Illuminate Education, Inc.*, No. 1:22-cv-03310-HG (E.D.N.Y.)—after the *Chung* case had been transferred to C.D. Cal. *See* ECF No. 42. Plaintiffs also indicated that they intended to file a motion to appoint lead counsel along with their consolidation request. *Id.*

4. On August 11, 2022, the Court issued an order granting the Parties' request to continue then-current deadlines and ordered that Plaintiffs shall file a Consolidated Complaint within 60 days of the Court's ruling on the motion to consolidate and/or plaintiffs' motion to appoint lead counsel. *See* ECF No. 43.

5. Plaintiffs filed an unopposed motion to consolidate these cases on September 1, 2022, *see* ECF No. 44; that motion is currently pending before the Court.

6. Plaintiffs filed their stipulation to appoint lead counsel on September 2, 2022, *see* ECF No. 45, and that stipulation was granted on September 7, 2022, *see* ECF No. 46.

7. Plaintiffs' consolidated complaint is therefore due on November 7, 2022.

8. The Parties have conferred and agree that it is impracticable for the parties to hold the Rule 26(f) Scheduling Conference on September 26, 2022, because Plaintiffs will not yet have filed a consolidated complaint. The Parties further agree that it will best serve judicial economy to conduct the Scheduling Conference at a time when the Parties

1  understand the nature of the claims that Plaintiffs intend to assert against Illuminate, which
2  will be reflected in Plaintiffs' Consolidated Complaint.

3        9.    WHEREFORE, the Parties respectfully request that the Rule 26(f) Conference
4  and related deadlines be continued as follows:

    (a)    The Parties will conduct the Rule 26(f) Conference on November 21, 2022.

    (b)    The Parties will file a Joint Rule 26(f) Report on December 5, 2022.

    (c)    The Parties will exchange Initial Disclosures on December 12, 2022.

    (d)    A Rule 26(f) Scheduling Conference will be held on December 19, 2022 at 10:30 AM PST, or at another time thereafter convenient for the Court.

Dated: September 16, 2022

/s/ Devin S. Anderson

**KIRKLAND & ELLIS LLP**
Tammy Tsoumas (SBN 250487)
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
Email: *tammy.tsoumas@kirkland.com*

Devin S. Anderson (*pro hac vice*)
Emily Long (*pro hac vice*)
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: *devin.anderson@kirkland.com*
       *emily.long@kirkland.com*

*Attorneys for Defendant Illuminate Education, Inc. d/b/a Pupil Path*

/s/ Laurence D. King

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
      *mgeorge@kaplanfox.com*
      *breed@kaplanfox.com*

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (*pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Telephone: (845) 356-2570
Facsimile: (845-356-4335
Email: *memert@kgglaw.com*

*Co-Lead Interim Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 16, 2022

*/s/* Devin S. Anderson
Devin S. Anderson (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: *devin.anderson@kirkland.com*

*Attorney for Defendant Illuminate Education, Inc. d/b/a Pupil Path*