# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, mother and natural guardian of "JOHN DOE," an infant, individually and on behalf of others similarly situated<br><br>  Plaintiff,<br><br>  v.<br><br>ILLUMINATE EDUCATION, Inc. d/b/a PUPIL PATH,<br><br>  Defendant. | CASE NO. 8:22-cv-01164-JVS-ADS<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO CONTINUE RULE 26(F) CONFERENCE AND RELATED DEADLINES [52]**<br><br>Judge:   James V. Selna |

Having considered the Parties' Stipulated Request to Continue Rule 26(f) Conference and Related Deadlines, IT IS HEREBY ORDERED as follows:

(a) The Parties will conduct the Rule 26(f) Conference on November 21, 2022.

(b) The Parties will file a Joint Rule 26(f) Report on December 5, 2022.

(c) The Parties will exchange Initial Disclosures on December 12, 2022.

(d) A Rule 26(f) Scheduling Conference will be held on December 19, 2022 at 10:30 AM PST.

IT IS SO ORDERED.

Dated: September 19, 2022

United States District Judge
Hon. James V. Selna