# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIYA KISIL, Mother and Natural Guardian of "JOHN DOE," an Infant, Individually and on Behalf of Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ILLUMINATE EDUCATION, INC., d/b/a PUPIL PATH,<br><br>　　　　　Defendant. | Case No. 8:22-cv-01164-JVS-ADSx<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION TO CONSOLIDATE CASES** [44]<br>Hearing Date:　October 3, 2022<br>Time:　　　　1:30 pm<br>Judge:　　　　Hon. James V. Selna<br>Courtroom:　　10C |
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>　　　　　Defendant. | Case No. 8:22-cv-01404-JVS-ADSx |
| SARAH CHUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>　　　　　Defendant. | Case No. 8:22-cv-01547-JWH-DFM |

1  Having considered Plaintiffs' Joint Motion to Consolidate Cases, and being
2  fully advised in the matter, the Court hereby **GRANTS** Plaintiffs' Joint Unopposed
3  Motion to Consolidate Cases. The Court finds that pursuant to Federal Rule of Civil
4  Procedure 42(a), Plaintiffs have shown that the actions titled *Lucas Cranor v.*
5  *Illuminate Education, Inc.*, Case No. 8:22-cv-01404-JVS-ADS, *Anastasiya Kisil v.*
6  *Illuminate Education, Inc. d/b/a Pupil Path,* Case No. 8:22-cv-01164-JVS-ADS,
7  and *Sarah Chung v. Illuminate Education, Inc*, Case No. 8:22-cv-01547-JWH-DFM
8  "involve a common question of law or fact," and therefore should be consolidated.
9  The October 2, 2022 hearing is vacated.

IT IS SO ORDERED.

DATED: September 22, 2022  _____
The Honorable James V. Selna
United States District Judge