1
2
3
4
5
6

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: *lking@kaplanfox.com*
          *mgeorge@kaplanfox.com*
          *breed@kaplanfox.com*

7
8
9
10
11
12

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman (admitted *pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ  07645
Telephone: 201-391-7000
Facsimile:  302-307-1086
Email: *memert@kgglaw.com*
          *ggraifman@kgglaw.com*

13

*Interim Co-Lead Class Counsel*

14
15

[*Additional Counsel Appear on Signature Page*]

16

**UNITED STATES DISTRICT COURT**

17

**CENTRAL DISTRICT OF CALIFORNIA**

18
19
20

21

22
23

24

ANASTASIYA KISIL, Mother and Natural Guardian of "JOHN DOE," an Infant, Individually and on Behalf of Others Similarly Situated,

                    Plaintiff,

          v.

ILLUMINATE EDUCATION, INC., d/b/a PUPIL PATH,

                    Defendant.

Case No.  8:22-cv-01164-JVS-ADSx

<u>Class Action</u>

**PLAINTIFFS' STIPULATION TO CHANGE THE CASE CAPTION AND CONSOLIDATE RULE 26(F) SCHEDULING CONFERENCES**

25
26

27

28

LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

          v.

ILLUMINATE EDUCATION, INC.,

Case No.  8:22-cv-01404-JVS-ADSx

1

2
Defendant.

3   SARAH CHUNG, Individually and on           Case No. 8:22-cv-01547-JWH-DFM
    Behalf of All Others Similarly Situated,
4
                      Plaintiff,
5
          v.
6
    ILLUMINATE EDUCATION, INC.,
7
                      Defendant.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' STIPULATION TO CHANGE CASE CAPTION
AND CONSOLIDATE RULE 26(F) SCHEDULING CONFERENCES

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The parties, Plaintiff Anastasiya Kisil ("Plaintiff Kisil") in the matter of *Anastasiya Kisil v. Illuminate Education, Inc. d/b/a Pupil Path,* Case No. 8:22-cv-1164-JVS-ADS, Plaintiff Lucas Cranor ("Plaintiff Cranor") in the matter of *Lucas Cranor v. Illuminate Education, Inc.*, Case No. 8:22-cv-1404-JVS-ADS, and Plaintiff Sarah Chung ("Plaintiff Chung") in the matter of *Sarah Chung v. Illuminate Education, Inc*, Case No. 8:22-cv-01547-JWH-DFM (together, "Plaintiffs"), and Defendant Illuminate Education, Inc., ("Defendant" or "Illuminate") by and through their attorneys, hereby stipulate as follows:

WHEREAS, on June 14, 2022, Plaintiff Kisil filed her action in this district, titled *Anastasiya Kisil v. Illuminate Education, Inc. d/b/a Pupil Path,* Case No. 8:22-cv-1164-JVS-ADS (the "*Kisil* action").

WHEREAS, on July 28, 2022, Plaintiff Cranor filed his action in this district, titled *Lucas Cranor v. Illuminate Education, Inc.*, Case No. 8:22-cv-1404-JVS-ADS (the "*Cranor* action").

WHERAS, on August 1, 2022, the *Cranor* matter was ordered related to the *Kisil* matter.

WHEREAS, on August 23, 2022, Plaintiff Chung's action, *Sarah Chung v. Illuminate Education, Inc*, Case No. 8:22-cv-01547-JWH-DFM (the *"Chung* action") was transferred from the Eastern District of New York to this District.

WHEREAS, on September 1, 2022, Plaintiffs moved (with Defendant's consent) to consolidate the above related actions action pursuant to Rule 42(a) because each action asserts substantially the same claims and raise substantially the same questions of fact and law regarding liability and damages.  ECF No. 44.

WHEREAS, on September 2, 2022, Plaintiffs stipulated that Laurence D. King of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and Melissa R. Emert of Kantrowitz Goldhamer & Graifman, P.C. ("KGG") should be appointed co-lead

- 1 -

1  interim class counsel and that Spencer Sheehan of Sheehan and Associates, P.C.
2  ("Sheehan and Associates") and Philip M. Hines of Held & Hines LLP ("Held &
3  Hines") be appointed to an Executive Committee on behalf of Plaintiffs pursuant Fed.
4  R. Civ. P. 23(g)(3).  ECF No. 45.

5        WHEREAS, on September 7, 2022, the Court issued an Order granting
6  Plaintiffs' Stipulation to appoint Interim Co-Lead Class Counsel and an Executive
7  Committee.  ECF No. 46.

8        WHEREAS, on September 16, 2022, the Parties filed a stipulation to continue
9  the Rule 26(f) scheduling conference in the *Kisil* Action and related deadlines
10  pending the consolidation of the related cases.  ECF No. 52.

11        WHEREAS, on September 19, 2022, the Court issued an order granting the
12  stipulation to continue the Rule 26(f) scheduling conference and related deadlines
13  pending consolidation of the related cases.  The Court's order set a Rule 26(f)
14  scheduling conference in the *Kisil* Action for December 19, 2022, at 10:30 a.m., and
15  associated deadlines calendared therefrom.  ECF No. 53.

16        WHEREAS, on September 22, 2022, the Court issued an Order consolidating
17  the related cases.  ECF No. 54.

18        WHEREAS, on September 26, 2022, the Court issued an Order setting a Rule
19  26(f) scheduling conference in the *Chung* Action for November 7, 2022 at 10:30 a.m.

20        WHEREAS, on October 4, 2022, the Court issued an Order setting a Rule 26(f)
21  scheduling conference in the *Cranor* Action for November 7, 2022 at 10:30 a.m.

22        WHEREAS, in order to further streamline the consolidated litigation in an
23  efficient manner, the Parties have conferred about the case schedule and case
24  management issues and jointly request, subject to Court approval, that (1): the Court
25  remove the Rule 26(f) scheduling conference and associated deadlines from the
26  Court's calendar in the *Cranor* and *Chung* Actions and only proceed with the Rule
27  26(f) scheduling conference and associated deadlines on December 19, 2022 at 10:30
28  a.m. for the now consolidated *Kisil*, *Chung*, and *Cranor* cases; (2) the Parties and the

Court shall jointly refer to the now consolidated *Kisil*, *Chung*, and *Cranor* cases as "*In re: Illuminate Education Data Security Incident Litigation*"; (3) that the *In re: Illuminate Education Data Security Incident Litigation* case title should be used on all captions filed in the lead case number 8:22-cv-1404-JVS-ADSx; (4) the Parties also stipulate that any document filed in the *In re: Illuminate Education Data Security Incident Litigation* shall be deemed to apply to all of the consolidated actions unless otherwise indicated, and that further, duplicative filings on the *Cranor* and *Chung* dockets are no longer necessary; and (5) that all counsel previously admitted *pro hac vice* in any of the now consolidated cases shall be deemed admitted *pro hac vice* for the consolidated *In re: Illuminate Education Data Security Incident Litigation*.

ACCORDINGLY, the undersigned Parties stipulate, and request that the Court order, as follows:

1. The consolidated *Kisil*, *Cranor*, and *Chung* Actions shall now be captioned "*In re: Illuminate Education Data Security Incident Litigation*."

2. All future filings in *In re: Illuminate Education Data Security Incident Litigation* shall be filed in the lead case number 8:22-cv-1404-JVS-ADSx and shall be deemed to apply to all of the consolidated actions unless otherwise indicated.

3. For any filing made in *In re: Illuminate Education Data Security Incident Litigation* in the lead case number 8:22-cv-1404-JVS-ADSx that applies to all of the consolidated actions, no further duplicative filings need to be filed on the dockets in the *Cranor*, and *Chung* Actions.

4. Due to the pending Rule 26(f) scheduling conference set in the consolidated litigation on December 19, 2022, at 10:30 a.m., the Rule 26(f) scheduling conferences set in the *Cranor* and *Chung* Actions for November 7, 2022 at 10:30 a.m. should be vacated along with all related deadlines, including the deadline to file a Rule 26(f) report and the

1   deadline to serve a discovery plan and initial disclosures.  The dates to
2   be vacated include the following:
3       a.  Deadlines in *Cranor:*
4           i.  Rule 26(f) report (October 28, 2022).
5           ii.  Case Management Conference (November 7, 2022).
6           iii.  Discovery plan and initial disclosures (November 21, 2022).
7       b.  Deadlines in *Chung*:
8           i.  Rule 26(f) report (October 31, 2022).
9           ii.  Case Management Conference (November 7, 2022).
10          iii.  Discovery plan and initial disclosures (November 21, 2022).
11  5.   Accordingly, the Rule 26(f) scheduling conference set for December 19,
12       2022 at 10:30 a.m. and associated deadlines shall be the operative Rule
13       26(f) scheduling conference and schedule for *In re: Illuminate*
14       *Education Data Security Incident Litigation*.
15  6.   All counsel who have previously been admitted *pro hac vice* in any of
16       the now consolidated cases shall be deemed admitted *pro hac vice* for
17       the consolidated *In re: Illuminate Education Data Security Incident*
18       *Litigation*.
19  IT IS SO STIPULATED.
20                               Respectfully submitted,
21                               **KAPLAN FOX & KILSHEIMER LLP**
22  DATED: October 17, 2022     By:  /s/ *Laurence D. King*
                                       Laurence D. King
23
24  Laurence D. King (SBN 206423)
    Matthew B. George (SBN 239322)
25  Blair E. Reed (SBN 316791)
    1999 Harrison Street, Suite 1560
    Oakland, CA 94612
26  Telephone:  415-772-4700
    Email: *lking@kaplanfox.com*
27          *mgeorge@kaplanfox.com*
            *breed@kaplanfox.com*
28

- 4 -
Case No. 8:22-cv-01164-JVS-ADSx
PLAINTIFFS' STIPULATION TO CHANGE CASE CAPTION
AND CONSOLIDATE RULE 26(F) SCHEDULING CONFERENCES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Email: *jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA  90025
Telephone:  310-614-7260
Email: *jfarar@kaplanfox.com*

*Interim Co-Lead Class Counsel*

**KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.**

DATED: October 17, 2022

By: */s/ Melissa R. Emert*
         Melissa R. Emert

Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman (admitted *pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ  07645
Telephone: 201-391-7000
Email: *memert@kgglaw.com*
         *ggraifman@kgglaw.com*

*Interim Co-Lead Class Counsel*

**HELD AND HINES LLP**
Marc J. Held (admitted *pro hac vice*)
Philip M. Hines (admitted *pro hac vice*)
2044 Ralph Avenue
Brooklyn, NJ  11234
Telephone: 718-531-9700
Email: *mheld@heldhines.com*
         *phines@heldhines.com*

**SHEEHAN AND ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
60 Cuttermill Road, Suite 409
Great Neck, NY 11021
Telephone: 516-268-7080
Email: *spencer@spencersheehan.com*

| 1 | | **SHEEHAN AND ASSOCIATES, P.C.** |
|---|---|---|

**SHEEHAN AND ASSOCIATES, P.C.**
Theodore Hillebrand
65-24 78th Street
Middle Village, NY  11379
Telephone: 929-246-0747
Email: *thillebrand@spencersheehan.com*

*Plaintiffs' Executive Committee*

DATED: October 17, 2022        **KIRKLAND & ELLIS LLP**

By:  /s/ *Devin S. Anderson*
            Devin S. Anderson

**KIRKLAND & ELLIS LLP**
Devin S. Anderson (admitted *pro hac vice*)
Emily M. Long (admitted *pro hac vice*)
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:  202-389-5000
Facsimile:  202-389-5200
Email: *devin.anderson@kirkland.com*
        *emily.long@kirkland.com*

Tammy Ann Tsoumas (SBN 250487)
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:  310-552-4200
Facsimile:  310-552-5900
Email: *tammy.tsoumas@kirkland.com*

*Attorneys for Defendant Illuminate
Education, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of October, 2022, at Orinda, California.

/s/ *Laurence D. King*
Laurence D. King