**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANASTASIYA KISIL, Mother and Natural Guardian of "JOHN DOE," an Infant, Individually and on Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br>ILLUMINATE EDUCATION, INC., d/b/a PUPIL PATH,<br><br>    Defendant. | Case No.  8:22-cv-01164-JVS-ADSx<br><br>Class Action<br><br>**ORDER GRANTING PLAINTIFFS' STIPULATION TO CHANGE CASE CAPTION AND CONSOLIDATE RULE 26(F) SCHEDULING CONFERENCES** |
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br>ILLUMINATE EDUCATION, INC.,<br><br>    Defendant. | Case No.  8:22-cv-1404-JVS-ADSx |
| SARAH CHUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br>ILLUMINATE EDUCATION, INC.,<br><br>    Defendant. | Case No. 8:22-cv-01547-JVS-ADSX |

**ORDER GRANTING PLAINTIFFS' STIPULATION TO CHANGE CASE CAPTION AND CONSOLIDATE RULE 26(F) SCHEDULING CONFERENCES**

Having considered the Parties' Stipulation to Change Case Caption and Consolidate Scheduling Conferences, and being fully advised in the matter, the Court hereby **GRANTS** the Stipulated Request.

Accordingly, the Court hereby **ORDERS** as follows:

1. The consolidated *Kisil*, *Cranor*, and *Chung* Actions shall now be captioned "*In re: Illuminate Education Data Security Incident Litigation.*"

2. All future filings in *In re: Illuminate Education Data Security Incident Litigation* shall be filed in the lead case number **8:22-cv-1164-JVS-ADSx** and shall be deemed to apply to all of the consolidated actions unless otherwise indicated.

3. For any filing made in *In re: Illuminate Education Data Security Incident Litigation* in the lead case number **8:22-cv-1164-JVS-ADSx** that applies to all of the consolidated actions, no further duplicative filings need to be filed on the dockets in the *Cranor*, and *Chung* Actions.

1. The Rule 26(f) scheduling conferences set in the *Cranor* and *Chung* Actions for November 7, 2022 at 10:30 a.m. should be vacated along with all related deadlines, including the deadline to file a Rule 26(f) report and the deadline to serve a discovery plan and initial disclosures. The dates to be vacated include the following:

   a. Deadlines in *Cranor:*
      i. Rule 26(f) report (October 28, 2022).
      ii. Case Management Conference (November 7, 2022).
      iii. Discovery plan and initial disclosures (November 21, 2022).
   
   b. Deadlines in *Chung*:
      i. Rule 26(f) report (October 31, 2022).

|  |  |  |
|---|---|---|
| 1 |  | ii. Case Management Conference (November 7, 2022). |
| 2 |  | iii. Discovery plan and initial disclosures (November 21, 2022). |
| 3 | 4. | The Rule 26(f) scheduling conference set for December 19, 2022 at 10:30 a.m., and the associated deadlines set forth in the Court's September 19, 2022 Order shall be the operative Rule 26(f) scheduling conference and case schedule for *In re: Illuminate Education Data Security Incident Litigation*. |
| 8 | 5. | All counsel who has previously been admitted *pro hac vice* in any of the now consolidated cases shall be deemed admitted *pro hac vice* for the consolidated *In re: Illuminate Education Data Security Incident Litigation*. |
| 12 | 6. | The Court directs the Clerk's Office to add the parties and counsel in the SACV 22-01404JVS(ADSx) and SACV 22-01547JVS(ADSx) to the CM/ECF docket in case SACV 22-01164JVS(ADSx). |

**IT IS SO ORDERED.**

DATED: _October 18, 2022_____

*[Signature: James V. Selna]*