UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01164-JVS (ADSx) | Date | December 6, 2022 |
| Title | In re: Illuminate Education Data Security Incident Litigation | | |

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Elsa Vargas for Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                                  Not Present

**Proceedings:**   **[IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Jury Trial**                 **April 30, 2024 at 8:30 a.m.**
   File Findings of Fact and Conclusions of Law by April 23, 2024.
**Final PreTrial Conference**   **April 15, 2024 at 11:00 a.m.**
   File PreTrial Documents not later than April 8, 2024.
   File motions in limine not later than March 18, 2024.
**Discovery Cut-off**          **August 15, 2023**
**Expert Discovery Cut-off**   **November 17, 2023**
   Initial disclosure of Experts not later than September 15, 2023.
   Rebuttal disclosure of Experts not later than October 16, 2023.
**Class Certification Motion Hearing**   **September 25, 2022 at 1:30 p.m.**
   Motion not later than June 30, 2023
   Defendant's Oppisition not later than August 4, 2023.
   Plaintiff's reply not later than September 1, 2023.
**Summary Judgment Motions**   **February 26, 2024 at 1:30 p.m.**
   Motions not later than December 8, 2023.
   Oppositions not later than January 12, 2024.
   Replies not later than February 2, 2024.

Counsel inform the Court in the Rule 26f report that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #3, private mediation.  The Court orders that any settlement discussions shall be completed not later than April 30, 2023.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01164-JVS (ADSx) | Date | December 6, 2022 |
| Title | In re: Illuminate Education Data Security Incident Litigation | | |

**The Scheduling Conference set for December 19, 2022 at 10:30 a.m. is VACATED.**

                                                                       :      0

                                         Initials of Preparer    eva/lmb