KIRKLAND & ELLIS LLP
Devin S. Anderson (admitted *pro hac vice*)
devin.anderson@kirkland.com
Emily Long (admitted *pro hac vice*)
emily.long@kirkland.com
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

Tammy Tsoumas (State Bar No. 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Counsel for Defendant Illuminate Education, Inc. d/b/a Pupil Path*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Illuminate Education Data Security Incident Litigation* | Case No. 8:22-cv-01164-JVS-ADS<br><br>The Honorable James V. Selna<br>Courtroom 10C<br><br>**DEFENDANT ILLUMINATE EDUCATION, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**<br><br>Hearing Date: April 17, 2023<br>Time: 1:30 p.m.<br>Courtroom: 10C |

**DEFENDANT ILLUMINATE EDUCATION, INC.'S**
**NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 17, 2023, at 1:30 pm or as soon thereafter as the parties may be heard, in courtroom 10C of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, California 92701 before the Honorable James V. Selna, defendant Illuminate Education, Inc. ("Illuminate") will and hereby does move the Court for an Order dismissing the Consolidated Complaint, ECF No. 57, for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1), and for failure to state a claim under Fed. R. Civ. P. 12(b)(6).  The parties met and conferred regarding this motion pursuant to Local Rule 7-3 which took place on January 4, 2023.

The motion is based upon this Notice of Motion and Motion, Memorandum in Support thereof, the Declaration of Devin S. Anderson filed in support of Illuminate's Motion to Dismiss the Consolidated Complaint, the files and records in this action, and any and all other materials submitted to the Court on or before the time of its decision in this matter.

DATED:  January 6, 2023

By: /s/    Devin S. Anderson

**KIRKLAND & ELLIS LLP**
Devin S. Anderson (*pro hac vice*)
Emily M. Long (*pro hac vice*)
1301 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: 202-389-5000
Facsimile:  202-389-5200
Email:  devin.anderson@kirkland.com
             emily.long@kirkland.com

Tammy Ann Tsoumas
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone: 310-552-4200
Facsimile:  310-552-5900
Email:  tammy.tsoumas@kirkland.com

*Counsel for Defendant Illuminate Education, Inc. d/b/a Pupil Path*

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

DATED: January 6, 2023

Respectfully submitted,

By: /s/ *Devin S. Anderson*
    Devin S. Anderson

**KIRKLAND & ELLIS LLP**
Devin S. Anderson (*pro hac vice*)
Emily M. Long (*pro hac vice*)
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-389-5000
Facsimile: 202-389-5200
Email: *devin.anderson@kirkland.com*
    *emily.long@kirkland.com*

Tammy Ann Tsoumas
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: 310-552-4200
Facsimile: 310-552-5900
Email: *tammy.tsoumas@kirkland.com*

*Counsel for Defendant Illuminate Education, Inc. d/b/a Pupil Path*