| | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP**<br>Laurence D. King (SBN 206423)<br>Matthew B. George (SBN 239322)<br>Blair E. Reed (SBM 316791)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: *lking@kaplanfox.com*<br>         *mgeorge@kaplanfox.com*<br>         *breed@kaplanfox.com* | **KIRKLAND & ELLIS LLP**<br>Tammy Ann Tsoumas (SBN 250487)<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Telephone: 310-552-4200<br>Facsimile: 310-552-5900<br>Email: *tammy.tsoumas@kirkland.com* |
| **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**<br>Melissa R. Emert (admitted *pro hac vice*)<br>Gary S. Graifman (admitted *pro hac vice*)<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>Telephone: 201-391-7000<br>Facsimile: 302-307-1086<br>Email: *memert@kgglaw.com*<br>         *ggraifman@kgglaw.com*<br><br>*Interim Co-Lead Class Counsel for Plaintiffs*<br><br>[*Additional Counsel Appear on Signature Page*] | **KIRKLAND & ELLIS LLP**<br>Devin S. Anderson (*pro hac vice*)<br>Emily M. Long (*pro hac vice*)<br>1301 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone: 202-389-5000<br>Facsimile: 202-389-5200<br>Email: *devin.anderson@kirkland.com*<br>         *emily.long@kirkland.com*<br><br>*Attorneys for Defendant Illuminate Education, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Illuminate Education Data Security Incident Litigation* | Case No. 8:22-cv-1164-JVS-ADS<br><br>Class Action<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE** |

**TO THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The parties, Plaintiffs in the above matter, Anastasiya Kisil, Lucas Cranor, Kristen Weiland, Tara Chambers, Janene Vitro and Lorraine Deniz (collectively the "Plaintiffs"), by and through their attorneys, and defendant Illuminate Education, Inc. ("Illuminate" or "Defendant"), hereby stipulate as follows:

WHEREAS, on August 11, 2022, this Court issued an Order granting the Parties Stipulated Request to Continue Current Deadlines in anticipation of Plaintiffs' motion to consolidate (Dkt. No. 43). The Court ordered that Plaintiffs file a formal motion to consolidate and stipulation within 14 days, file a consolidated complaint within 60 days of the ruling on the motion to consolidate, and that Defendant shall than have 60 days to file its motion to dismiss, Plaintiffs shall have 45 days to respond, and Defendant shall have 30 days to reply (*Id.*);

WHEREAS, on September 1, 2022, Plaintiffs filed their Unopposed Motion to Consolidate Cases (Dkt. No. 44);

WHEREAS, on September 2, 2022, Plaintiffs filed their Stipulation to Appoint Interim Counsel Pursuant to Fed. R. Civ. P. 23(g) (Dkt. No. 45), and on September 7, 2022, this Court granted that stipulation (Dkt. No. 46);

WHEREAS, September 16, 2022, the Parties, via stipulation, requested that the Rule 26(f) Conference and related deadlines be continued (Dkt. No. 52), and on September 19, 2022, this Court granted that stipulation (Dkt. No. 53).

WHEREAS, on September 22, 2022, this Court granted Plaintiffs' Motion to Consolidate Cases (Dkt No. 54);

WHEREAS, on November 7, 2022, Plaintiffs filed their Consolidated Class Action Complaint ("CAC") (Dkt. No. 57);

WHEREAS, on December 6, 2022, this Court entered a scheduling order as follows (Dkt. No. 59):

| | |
|---|---|
| **Jury Trial** | **April 30, 2024 at 8:30 a.m.** |
| File Findings of Fact and Conclusions of Law | April 23, 2024 |
| **Final PreTrial Conference** | **April 15, 2024 at 11:00 a.m.** |
| File PreTrial Documents | not later than April 8, 2024 |
| File motions in limine | not later than March 18, 2024 |
| **Discovery Cut-off** | **August 15, 2023** |
| **Expert Discovery Cut-off** | **November 17, 2023** |
| Initial disclosure of Experts | not later than September 15, 2023 |
| Rebuttal disclosure of Experts | not later than October 16, 2023 |
| **Class Certification Motion Hearing** | **September 25, 2022 at 1:30 p.m.** |
| Motion for Class Certification | not later than June 30, 2023 |
| Defendant's Opposition | not later than August 4, 2023 |
| Plaintiff's reply | not later than September 1, 2023 |
| **Summary Judgment Motions** | **February 26, 2024 at 1:30 p.m.** |
| Motions for Summary Judgement | not later than December 8, 2023 |
| Oppositions | not later than January 12, 2024 |
| Replies | not later than February 2, 2024 |
| **Settlement Discussions** | **not later than April 30, 2023** |
| Joint Report on Settlement Discussions | within 7 days of settlement discussions |

WHERAS, Defendant filed its Motion to Dismiss Plaintiffs' CAC on January 6, 2023 (Dkt. No. 61), Plaintiffs opposed the Motion on February 21, 2024 (Dkt. No. 75), and Defendant replied in support of its Motion on March 22, 2023 (Dkt. No. 77);

WHEREAS, on April 19, 2023, this Court entered an order granting in part and denying in part as moot Defendant's Motion to Dismiss on the basis that Plaintiffs lacked standing and granted Plaintiffs 21 days to amend (Dkt. No. 79);

WHEREAS, the effect of this order was to dismiss all claims;

WHEREAS, the Parties have met and conferred and further agree and hereby stipulate, subject to the Court's order, that; (i) Plaintiffs' Amended Consolidated Complaint be filed by June 5, 2023; (ii) Defendant will move to dismiss by July 20, 2023; (iii) Plaintiffs will oppose by September 4, 2023; and (iv) Defendant will reply by October 4, 2023;

WHERAS, the Parties hereby stipulate, in light of the Court's motion-to-dismiss Order and subject to approval by the Court, that all other case deadlines are taken off calendar, and the Parties will submit a joint status report with a proposed case schedule within 30 days from the entry of the Court's order on Defendant's Renewed Motion to Dismiss, to the extent the Court determines any claims are sufficiently pleaded.

ACCORDINGLY, the undersigned Parties stipulate, and request that the Court order, the schedule be set as follows:

| | |
|---|---|
| Plaintiffs' Amended Consolidated Complaint | June 5, 2023 |
| Defendant's Renewed Motion to Dismiss | July 20, 2023 |
| Plaintiffs' Opposition to Motion to Dismiss | September 4, 2023 |
| Defendant's Reply In Support of Motion to Dismiss | October 4, 2023 |
| Parties meet and confer on the appropriateness of engaging in a mediation | November 20, 2023 |

All other case deadlines are taken off the calendar, and the Parties will submit a joint status report with a proposed case schedule within 30 days from the entry of the Court's order on Defendant's Renewed Motion to Dismiss.

IT IS SO STIPULATED.

DATED: April 27, 2023                                  Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**          **KIRKLAND & ELLIS LLP**

By: /s/ *Matthew B. George*                             By: /s/ *Devin S. Anderson*
       Matthew B. George                                          Devin S. Anderson

Laurence D. King (SBN 206423)                 Devin S. Anderson (*pro hac vice*)
Matthew B. George (SBN 239322)             Emily M. Long (*pro hac vice*)
Blair E. Reed (SBN 316791)                        1301 Pennsylvania Avenue NW
1999 Harrison Street, Suite 1560                 Washington, DC 20004
Oakland, CA 94612                                       Telephone: 202-389-5000
Telephone: 415-772-4700                           Facsimile: 202-389-5200
Facsimile: 415-772-4707                             Email: devin.anderson@kirkland.com
Email: lking@kaplanfox.com                                  emily.long@kirkland.com
           mgeorge@kaplanfox.com
           breed@kaplanfox.com

- 3 -     Case No. 8:22-cv-1164-JVS-ADSx
JOINT STIPULATION TO MODIFY SCHEDULE

| | | |
|---|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP**<br>Joel B. Strauss (*pro hac vice*)<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714<br>Email: *jstrauss@kaplanfox.com* | **KIRKLAND & ELLIS LLP**<br>Tammy Ann Tsoumas (SBN 250487)<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Telephone: 310-552-4200<br>Facsimile: 310-552-5900<br>Email: *tammy.tsoumas@kirkland.com*<br><br>*Attorneys for Defendant Illuminate Education, Inc.* |

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (*pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Email: *jstrauss@kaplanfox.com*

**KIRKLAND & ELLIS LLP**
Tammy Ann Tsoumas (SBN 250487)
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: 310-552-4200
Facsimile: 310-552-5900
Email: *tammy.tsoumas@kirkland.com*

*Attorneys for Defendant Illuminate Education, Inc.*

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman (admitted *pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Telephone: 201-391-7000
Facsimile: 302-307-1086
Email: *memert@kgglaw.com*
         *ggraifman@kgglaw.com*

*Interim Co-Lead Class Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of April, 2023, at San Diego, California.

/s/ *Matthew B. George*
Matthew B. George