1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| *In re: Illuminate Education Data Security Incident Litigation* | Case No. 8:22-cv-01164-JVS-ADSx<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING AMENDED CONSOLIDATED COMPLAINT [82]** |
|---|---|

**ORDER**

Pursuant to the stipulation, the Court orders as follows:

1) The unredacted Amended Consolidated Complaint shall be served on Defendant, but not filed, by June 5, 2023;

2) The redacted Amended Consolidated Complaint and any accompanying motion to seal shall be filed by June 20, 2023; and

3) All other deadlines previously set by the Court remain the same.

**IT IS SO ORDERED.**

Dated: June 5, 2023

_____
Honorable James V. Selna
United States District Judge